JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL LEE GOOCH,<br><br>         Petitioner,<br><br>         v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>         Respondent. | Case No. CV 11-2885-DSF (SP)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: 11/22/11

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE